IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



LESTER NUNLEY,

    Plaintiff,

v.                              Civil Action No. 3:11CV750

JAMES STEWARD, III, et al.,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on August 20, 2012, the Court directed Lester Nunley to file a particularized complaint within fourteen (14) days of the date of entry thereof. The August 20, 2012 Memorandum Order warned Nunley that failure to comply with the above directive would result in dismissal of the action. Nunley failed to file a particularized complaint. Nunley's failure to comply with the Court's Memorandum Order indicates his lack of interest in prosecuting this action. See Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of this Memorandum Opinion to Nunley.

                                              /s/          
                                          Robert E. Payne
                                          Senior United States District Judge

Date: April 5, 2013
Richmond, Virginia